THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Adrian Eaglin, Appellant.
 
 
 

Appeal From Lexington County
R. Knox McMahon, Circuit Court Judge

Unpublished Opinion No.  2012-UP-113
 Submitted February 1, 2012  Filed
February 29, 2012

AFFIRMED

 
 
 
 Appellate Defender Tristan M. Shaffer, of Columbia,
 for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Donald
 J. Zelenka, all of Columbia; and Solicitor Donald V. Myers, of Lexington, for
 Respondent.
 
 
 

PER CURIAM:  Adrian Eaglin appeals his conviction for
 murder, arguing the jury charge unconstitutionally relieved the State of its
 burden of proving malice.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: Barber v. State,
 393 S.C. 232, 236, 712 S.E.2d 436, 438 (2011) ("In reviewing jury charges
 for error, we must consider the [trial] court's jury charge as a whole in light
 of the evidence and issues presented at trial."); State v. Commander,
 Op. No. 27062 (S.C. Sup. Ct. filed Oct. 31, 2011) (Shearouse Adv. Sh. No. 38 at
 43, 59) ("An appellate court will not reverse the trial [court's] decision
 regarding a jury charge absent an abuse of discretion." (internal
 quotation marks omitted)); State v. Bell, 305 S.C. 11, 19, 406 S.E.2d
 165, 170 (1991) (explaining malice defined as "the doing of a wrongful act
 intentionally and without just cause or excuse" is the correct statement
 of law and devoid of any presumption (internal quotation marks omitted)).
AFFIRMED.
PIEPER, KONDUROS, and
 GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.